```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03776
   BRUCE J FISCHER
   HELEN B FISCHER                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3629      SSN XXX-XX-0026
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/19/08.

2. The case was converted to Chapter 7 without confirmation, 05/21/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED | .00 | .00 | .00 |
| KENDALL COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| LAKEWOOD CREEK HOMEOWNER | SECURED | .00 | .00 | .00 |
| VILLAGE OF MONTGOMERY | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| APLM LTD | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| STERLING JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SECURITY NETWORKS LLC | UNSECURED | NOT FILED | .00 | .00 |

```
SW DIGAST DIS CONSULTANT  UNSECURED         NOT FILED                  .00              .00
TARGET                    UNSECURED         NOT FILED                  .00              .00
TARGET                    UNSECURED         NOT FILED                  .00              .00
THD CBSD                  UNSECURED         NOT FILED                  .00              .00
THD CBSD                  UNSECURED         NOT FILED                  .00              .00
THD CBSD                  UNSECURED         NOT FILED                  .00              .00
TRUGREEN CHEMLAWN         UNSECURED         NOT FILED                  .00              .00
VALLEY IMAGING CONSULTAN  UNSECURED         NOT FILED                  .00              .00
WASHINGTON MUTUAL CARD S  UNSECURED         NOT FILED                  .00              .00
WASHINGTON MUTUAL CARD S  UNSECURED         NOT FILED                  .00              .00
WFNNB/HARLEM FURNITURE    UNSECURED         NOT FILED                  .00              .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                         SECURED      PRIORITY     UNSECURED         OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00           .00           .00           .00            .00
PRINCIPAL PAID               .00           .00           .00           .00            .00
INTEREST PAID                .00           .00           .00           .00            .00
TOTAL PAID                   .00           .00           .00           .00            .00
```

The Debtor's attorney, ILLINI LEGAL SERVICES        , was allowed $       .00 and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                         PAGE   3
   CASE NO. 08 B 03776 BRUCE J FISCHER & HELEN B FISCHER
```